**MUSICK, PEELER & GARRETT LLP**
ATTORNEYS AT LAW
ONE WILSHIRE BOULEVARD, SUITE 2000
LOS ANGELES, CALIFORNIA 90017-3383
TELEPHONE 213-629-7600
FACSIMILE 213-624-1376

Susan J. Field (State Bar No. 086200)
s.field@mpglaw.com
Jennifer M. Kokes (State Bar No. 210261)
j.kokes@mpglaw.com

Attorneys for Defendant
CRUM & FORSTER SPECIALTY INSURANCE COMPANY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| MGA ENTERTAINMENT, INC., a California corporation; and ISAAC LARIAN, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>CRUM & FORSTER SPECIALTY INSURANCE COMPANY, an Arizona corporation; and DOES 1 to 25,,<br><br>Defendants. | Case No. CV 07-8276 SGL (RNBx)<br><br>Related Cases: CV 04-9049 SGL (RNBx), EDCV 08-00457-SGL (RNBx) and EDCV 08-00458-SGL (JCRx) ED CV 08-00459 SGL (JCRx)<br><br>**JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 54** |

This Court, having on June 26, 2009 granted the Motion for Summary Judgment by Defendant Crum & Forster Specialty Insurance Company ("C&F") and denying the Motion for Partial Summary Judgment by Plaintiffs MGA Entertainment, Inc. and Isaac Larian (collectively "MGA"), and having ordered entry of judgment as requested in C&F's Motion for Summary Judgment, hereby rules as follows:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. C&F shall have judgment against MGA on all causes of action alleged in MGA's Complaint;

2. MGA's Complaint against C&F is hereby dismissed with prejudice; and

3. MGA shall take nothing by way of the Complaint against C&F.

**IT IS SO ORDERED.**

Date   July 02, 2009                             Honorable Stephen G. Larson

MUSICK, PEELER & GARRETT LLP
ATTORNEYS AT LAW

646040.1

2

[PROPOSED] JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 54